UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br><br> ROBERT LEVINE <br><br> DEFENDANT(S). | 4;18CR908-AGF-NCC <br><br> **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

**21MJ02072**

The above-named defendant was charged by: ARREST WARRANT
in the EASTERN             District of MISSOURI                    on 11/01/2018
at 0800         ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 11/01/2018
in violation of Title 21                      U.S.C., Section(s) 841
to wit: POSSESION OF ILLEGAL DRUGS WITH INTENT

A warrant for defendant's arrest was issued by: _____

Bond of $ N/A _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/27/21
              Date

_____          ZULMA MACHADO
Signature of Agent                Print Name of Agent

USMS                              DSO
Agency                            Title

CR-52 (03/20)                     DECLARATION RE OUT-OF-DISTRICT WARRANT